**SO ORDERED.**

**SIGNED this 19th day of June, 2012.**





Robert E. Nugent
United States Chief Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| In re: STEPHEN E CROSS | ) | *Electronically Filed* |
|  | ) Case no. 11-12112-13 |  |
|  | ) Chapter 13 |  |
| Debtor(s) | ) |  |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM AND ALLOWING CLAIM NO. 12 BY HSBC BANK NEVADA AS UNSECURED

This matter is before the Court on the Trustee's objection to claim number 12, filed herein by HSBC BANK NEVADA. Notice was given and no response to said objection has been timely filed.

THEREFORE the Court finds the Trustee's objection is sustained and claim number 12 is allowed as an unsecured claim, to be paid according to the confirmed plan herein.

IT IS SO ORDERED.

# # #

Submitted:

*s/Laurie B. Williams*

Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
225 N. Market, Suite 310
Wichita KS 67202
(316) 267-1791

OPROV.DOC/DOC GEN/KAD/6/19/2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| In re: STEPHEN E CROSS | ) ) ) ) | *Electronically Filed*<br>Case no. 11-12112-13<br>Chapter 13 |

CERTIFICATE OF SERVICE ON ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM
AND ALLOWING CLAIM NO. 12 BY
HSBC BANK NEVADA AS UNSECURED

   I hereby certify that a true and correct copy of the ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM AND ALLOWING CLAIM NO. 12 BY HSBC BANK NEVADA AS UNSECURED was deposited in the United States mail, postage prepaid on June 19, 2012, properly addressed to each of the following:

HSBC BANK NEVADA
% BASS & ASSOCIATES
3936 E FT LOWELL #200
TUCSON, AZ 85712


RICK E HODGE JR
ATTORNEY AT LAW
300 W DOUGLAS #145
WICHITA, KS 67202-2904

                *s/Katrina Dobbs*
                Katrina Dobbs, Claim Administrator
                For Laurie B. Williams, S. Ct. #12868
                Standing Chapter 13 Trustee
                225 N. Market, Suite 310
                Wichita KS 67202
                (316) 267-1791

OPROV.DOC/CERT/KAD/6/19/2012